**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEREMY VANDIVER,

        Plaintiff,

v.                              Case No:   6:14-cv-564-Orl-40DAB

HUDSON'S FURNITURE
SHOWROOM, INC.,

        Defendant.

**ORDER**

This cause is before the Court on Joint Motion for Approval of Settlement (Doc. 23) filed on November 12, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed November 20, 2014 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion for Approval of Settlement is hereby **DENIED without prejudice** to renew, upon a more complete explanation.

**DONE** and **ORDERED** in Orlando, Florida on December 8, 2014.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record