**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEREMY VANDIVER,

    Plaintiff,

v.              Case No:   6:14-cv-564-Orl-40DAB

HUDSON'S FURNITURE
SHOWROOM, INC.,

    Defendant.

_____

## ORDER

This cause is before the Court on Renewed Joint Motion for Approval of

Settlement (Doc. 27) filed on December 9, 2014.

The United States Magistrate Judge has submitted a report recommending that

the Motion be GRANTED.

The Court notes that a Joint Notice of Non-Objection Regarding Report &

Recommendation Dated December 22, 2014 was filed on December 23, 2014.   (Doc.

29).   After an independent *de novo* review of the record in this matter, the Court agrees

entirely with the findings of fact and conclusions of law in the Report and

Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed December 22, 2014 (Doc. 28), is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Renewed Joint Motion for Approval of Settlement (Doc. 27) is hereby

**GRANTED**.

3.  The case is **DISMISSED WITH PREJUDICE**.

4.  The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on December 23, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties